UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:15-CR-00162 |
| v. | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| KENDALL R. CARTER | ) | |

UNITED STATES' POSITION WITH RESPECT TO SENTENCING FACTORS

The United States has reviewed the pre-sentence report prepared in this case and has no additions, corrections, or modifications to make to it.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above styled pleading with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Peter Strianse, attorney for the defendant, on this, the 16th day of April, 2018.

/s/ S. Carran Daughtrey
S. Carran Daughtrey