UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KENDALL R. CARTER<br>(list each defendant appearing at hearing) | Case No.: 3:15-cr-00162<br>Judge: Waverly Crenshaw<br>Hearing Date: 7/16/2018<br>Location: ● Nashville ○ Columbia ○ Cookeville<br>Court Reporter: Lise Matthews<br>Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): Carrie Daughtrey

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | | |
|---|---|---|---|---|
| 1. | | 7. | | |
| 2. | | 8. | | |
| 3. | | 9. | | |
| 4. | | 10. | | |
| 5. | | 11. | | |
| 6. | | 12. | | |
| Alt 1. | | Alt 2. | | |

COMMENTS:

- Sentencing hearing continued. Motion deadlines set. If necessary, a hearing on the motion will be held on September 14, 2018, at 3:30 p.m. If motion hearing not necessary, the sentencing hearing will be held on September 14, 2018, at 3:30 p.m.
- Order to enter.

Total Time in Court: 15 minutes

KEITH THROCKMORTON, Clerk
by: Kelly L. Parise